UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60615-CIV-MIDDLEBROOKS/WHITE

**RAFAEL LLOVERA,**

    Petitioner,

vs.

**MICHAEL D. CREWS, Secretary,**
**Florida Dep't of Corrections,**

    Respondent.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

**THIS CAUSE** came before the Court upon the Petitioner's Writ of Habeas Corpus, filed on March 14, 2013.

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White. Judge White entered a Report & Recommendation (the "R&R") on September 30, 2013 recommending that the petition be denied as time-barred. Petitioner filed his Objections to the R&R on October 1, 2014. The Court has conducted a de novo review of the file, and is otherwise fully advised in the premises. Accordingly, for the reasons set forth in the R&R it is

**ORDERED AND ADJUDGED** that the R&R be, and is hereby RATIFIED, AFFIRMED and APPROVED in its entirety and the Petitioner's Motion for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is therefore **DENIED**. The Clerk of Court shall **CLOSE THIS CASE** and deny all pending motions **AS MOOT**.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this 4th day of April, 2014.

                                        DONALD M. MIDDLEBROOKS
                                        UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Patrick A. White
       Counsel of Record
       Petitioner, *pro se*
       Rafael Llovera
       830 Pine Hill Road
       Jena, LA 71342